1

2

3

4

5

6

7                          IN THE UNITED STATES DISTRICT COURT

8                       FOR THE EASTERN DISTRICT OF CALIFORNIA

9    KENNETH GREEN,

10            Plaintiff,                       No. CIV S-11-1515 DAD P

11        vs.

12   CALIFORNIA DEP'T OF CORRECTIONS
     AND REHABILITATION, et al.,
13
              Defendants.              ORDER
14
     _____/
15

16            Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983.  Plaintiff has not paid the required filing fee of $350.00 or filed an

18   application to proceed in forma pauperis.  See 28 U.S.C. §§ 1914(a) & 1915(a).  Plaintiff will be

19   granted thirty days to pay the filing fee in full or submit a properly completed application to

20   proceed in forma pauperis.

21            Plaintiff is cautioned that the in forma pauperis application form includes a

22   section that must be completed by a prison official, and the form must be accompanied by a

23   certified copy of plaintiff's prison trust account statement for the six-month period immediately

24   preceding the filing of this action.

25            Plaintiff has requested the appointment of counsel.  The United States Supreme

26   Court has ruled that district courts lack authority to require counsel to represent indigent

                                          1

1    prisoners in § 1983 cases.  Mallard v. United States Dist. Court, 490 U.S. 296, 298 (1989).  In

2    certain exceptional circumstances, the court may request the voluntary assistance of counsel

3    pursuant to 28 U.S.C. § 1915(e)(1).  Terrell v. Brewer, 935 F.2d 1015, 1017 (9th Cir. 1991);

4    Wood v. Housewright, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  In the present case, the court

5    does not find the required exceptional circumstances.  Plaintiff's request for the appointment of

6    counsel will therefore be denied.

7              Accordingly, IT IS HEREBY ORDERED that:

8              1.  Plaintiff shall submit, within thirty days from the date of this order, either the

9    $350.00 filing fee or a properly completed application to proceed in forma pauperis on the form

10   provided with this order; plaintiff is cautioned that failure to comply with this order or seek an

11   extension of time to do so will result in a recommendation that this action be dismissed without

12   prejudice;

13             2.  Plaintiff's June 6, 2011 motion for the appointment of counsel (Doc. No. 2) is

14   denied; and

15             3.  The Clerk of the Court is directed to send plaintiff an Application to Proceed

16   In Forma Pauperis By a Prisoner for use in a civil rights action.

17   DATED: June 20, 2011.

18

19   _____

     DALE A. DROZD

20   UNITED STATES MAGISTRATE JUDGE

21

22   DAD:kly/4
     gree1515.3a

23

24

25

26

2